

**FILED** LK
1/13/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** **1:22-CR-00022** |
| v. | Case No. **JUDGE PACOLD** **MAGISTRATE JUDGE FUENTES** |
| OCIE BANKS, JR. | Violations: Title 18, United States Code, Sections 924(c)(1)(A) and 1951(a) |

### COUNT ONE

The SPECIAL JULY 2021 GRAND JURY charges:

On or about December 29, 2020, at Cicero, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States Currency from the person and in the presence of an employee of Metro by T-Mobile, located at 5713 West Cermak Road in Cicero, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about December 29, 2020, at Cicero, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United State Code, Section 1951(a), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT THREE

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 4, 2021, at Cicero, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States Currency from the person and in the presence of an employee of Metro by T-Mobile, located at 6019 West Cermak Road in Cicero, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 4, 2021, at Cicero, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United State Code, Section 1951(a), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT FIVE

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 15, 2021, at Cicero, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendant did unlawfully take and obtain United States Currency from the person and in the presence of an employee of Metro by T-Mobile, located at 5713 West Cermak Road in Cicero, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 15, 2021, at Cicero, in the Northern District of Illinois, Eastern Division,

## OCIE BANKS, JR.,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United State Code, Section 1951(a), as charged in Count Five of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT SEVEN

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 15, 2021, at Berwyn, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did attempt to obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendant attempted to unlawfully take and obtain United States Currency from the person and in the presence of an employee of Metro by T-Mobile, located at 6348 West Cermak Road in Berwyn, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT EIGHT

The SPECIAL JULY 2021 GRAND JURY further charges:

On or about January 15, 2021, at Berwyn, in the Northern District of Illinois, Eastern Division,

OCIE BANKS, JR.,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United State Code, Section 1951(a), as charged in Count Seven of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2021 GRAND JURY alleges:

1. The allegations contained in this Indictment are incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Sections 924(c) and 1951(a) as alleged in the foregoing Indictment,

OCIE BANKS, JR.,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes but is not limited to a .40 caliber Smith & Wesson Hi-Point semiautomatic pistol bearing serial number X7104487 and associated ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY